Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI

    Plaintiff

vs.

ROGER STONE

    Defendant

Civil No.   19-324   (TJK)

Category   B

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __2/8/2019__ from __Judge Amy Berman Jackson__ to __Judge Timothy J. Kelly__ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:  Judge Timothy J. Kelly   & Courtroom Deputy
    Judge Amy Berman Jackson   & Courtroom Deputy
Liaison, Calendar and Case Management Committee