# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Dr. Jerome Corsi, Individually

    Plaintiff(s),

vs.

Roger Stone, Individually

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006



*238377*

**Case Number: 1:19-cv-00324-TJK**

Legal documents received by Same Day Process Service, Inc. on **02/13/2019** at **11:02 AM** to be served upon **Roger Stone, Individually at 447 Coral Way, Fort Lauderdale, FL 33301**

I, **Michael R. Meyer - CPS2016/SPS1460**, swear and affirm that on **February 14, 2019** at **3:48 PM**, I did the following:

**Personally Served Roger Stone, Individually** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Indictment;** at **447 Coral Way, Fort Lauderdale, FL 33301**.

**Description of Person Accepting Service:**
Sex: Male  Age: 65  Weight: 161-200 lbs  Skin Color: Caucasian  Hair Color: White

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Signature_  2/15/19

Michael R. Meyer - CPS2016/SPS1460
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 238377

State of **Florida**
County of **Palm Beach**

Subscribed and Sworn to before me on this **15** day of **February**, 20**19**

_Signature of Notary Public_

**Jacqueline McMullen**
COMMISSION # GG288709
EXPIRES: Jan. 21, 2023
Bonded Thru Aaron Notary