IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,

     Plaintiff,

v.                                                             Case 19-CV-00324

ROGER STONE,

     Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Halloran Farkas _ Kittila, LLP, (L. Peter Farkas appearing) hereby enters its appearance as permanent counsel of record on behalf of Defendant ROGER STONE and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on L Peter Farkas, Esq. at the below address.

          Respectfully submitted,
          L. Peter Farkas
          (DDC Bar No. 52944)
          Halloran Farkas + Kittila, LLP
          1101 30th Street, NW
          Suite 500
          Washington, DC 20007
          (202) 559-1700
          PF@hfk.law

        By: __/s/ L. Peter Farkas
              L. PETER FARKAS

                                        Florida Bar No. 0063436
                                        *Pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

                                        BY: /s/ L. Peter Farkas_____
                                        L. PETER FARKAS