IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME CORSI,

    Plaintiff,

v.                                                 Case 1:19-cr-00324

ROGER STONE,

    Defendant.
_____/

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BUSCHEL GIBBONS, P.A. (Robert C. Buschel, Esq., appearing) hereby enters its appearance as counsel of record on behalf of Defendant ROGER STONE and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Robert C. Buschel, Esq. at the below address.

                                    Respectfully submitted,
                                    Robert C. Buschel, Esq.
                                    BUSCHEL GIBBONS, P.A.
                                    One Financial Plaza
                                    100 S.E. Third Avenue, Suite 1300
                                    Fort Lauderdale, Florida  33394
                                    Tele:  (954) 530-5301
                                    Buschel@BGlaw-pa.com

                                By:  __/s/ Robert C. Buschel_____
                                     ROBERT C. BUSCHEL
                                     Florida Bar No. 0063436
                                     Admitted *Pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL

Larry Klayman, Esq.
Klayman Law Group, P.A.
2020 Pennsylvania Ave, NW #800
Washington, DC, 20006
Telephone: (310) 595-0800
Counsel for Plaintiff.