IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JEROME CORSI,**

    **Plaintiff,**

v.                                                Case: 19-cv-00324

**ROGER STONE,**

    **Defendant**

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that STRATEGYSMITH, P.A. (Grant J. Smith, Esq., appearing) hereby enters its appearance as permanent counsel of record on behalf of Defendant ROGER STONE and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Grant J. Smith, Esq. at the below address.

                                        Respectfully submitted,
                                        Grant J. Smith, Esq.
                                        STRATEGYSMITH, P.A.
                                        401 East Las Olas Boulevard
                                        Suite 130-120
                                        Fort Lauderdale, Florida  33301
                                        Tele:  (954) 328-9064
                                        gsmith@strategysmith.com

  By: __/s/ Grant J. Smith_____
                 GRANT J. SMITH
                 Florida Bar No. 935212
                 DDC Bar No. FL0036

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

    STRATEGYSMITH, P.A.

    BY: /s/ Grant J. Smith
    GRANT J. SMITH