## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Case No.: 1:19-CV-00324

DR. JEROME CORSI,

       Plaintiff,


v.

ROGER J. STONE, JR.,

       Defendant.

_____


### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE Chandler P. Routman, Esq., hereby enters her notice of appearance as counsel of record on behalf of Defendant Roger Stone and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Chandler P. Routman, Esq. at the below address.


       Respectfully submitted,
       Chandler P. Routman, Esq.
       501 East Las Olas Blvd., Suite 331
       Fort Lauderdale, FL 33301
       Tele: (954) 235-8259
       routmanc@gmail.com

       By:    /s/ Chandler P. Routman
             CHANDLER P. ROUTMAN
             D.D.C. Bar No. 1618092

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

By:   /s/ Chandler P. Routman
       CHANDLER P. ROUTMAN
       D.D.C. Bar No. 1618092