UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEROME CORSI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 1:19-cv-324** |
| ) | |
| ROGER J. STONE, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STRIKE

Plaintiff Jerome Corsi ("Plaintiff Corsi") hereby moves to strike the notice of Supplemental Authority filed by Defendant Roger Stone on October 11, 2019, as this was filed without any consultation by counsel for Defendant Stone as required under LCvR 7(m). In the event that this Court decides to consider the notice filed by Defendant Stone, Plaintiff Corsi respectfully requests 10 days to respond substantively.

Lastly, Plaintiff Corsi respectfully requests that this case be set for oral argument.

Dated: October 11, 2019                                  Respectfully Submitted,

                                                                         /s/ Larry Klayman
                                                                        Larry Klayman, Esq.
                                                                        KLAYMAN LAW GROUP, P.A.
                                                                        D.C. Bar Number: 334581
                                                                        2020 Pennsylvania Ave NW #800
                                                                        Washington, DC, 20006
                                                                        Telephone: (561) 558-5336
                                                                        Email: leklayman@gmail.com

                                                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on October 11, 2019

                                             */s/ Larry Klayman*
                                             Larry Klayman, Esq.