## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CORSI,<br><br>   *Plaintiff*,<br><br>v.<br><br>ROGER J. STONE, JR.,<br><br>   *Defendant*. | Civil Action No. 19-324 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF No. 10, is **GRANTED IN PART,** and Plaintiff's Motion to Strike, ECF No. 17, is **DENIED AS MOOT.** Plaintiff's complaint and this case are hereby **DISMISSED WITHOUT PREJUDICE**. This is a final, appealable Order. The Clerk of Court is directed to close the case.

  **SO ORDERED.**

                /s/ Timothy J. Kelly
                TIMOTHY J. KELLY
                United States District Judge

Date: March 1, 2020